**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re.                                                            No. C 13-5774 SI (pr)

MORRIS MESTER,                                      **JUDGMENT**

        Plaintiff.

_____/

      This action is dismissed without prejudice for failure to file a pleading showing the court has subject matter jurisdiction.

IT IS SO ORDERED AND ADJUDGED.

Dated: January 24, 2014                                    _____
                                                             SUSAN ILLSTON
                                                         United States District Judge